1 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
MATTHEW S. PASCALE, SB# 168909
2   E-Mail: Matthew.Pascale@lewisbrisbois.com
SHEILA J. STARVISH, SB# 193106
3   E-Mail: Sheila.Starvish@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 Los Angeles, California 90071
Telephone: 213.250.1800
5 Facsimile: 213.250.7900

6 Attorneys for Defendants SSC TARZANA OPERATING COMPANY, LP dba
TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA
7 OPERATING GP, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CATHERINE ALBERI, in and through her Successor-In-Interest, Dale Ernst, and DALE ERNST, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>SSC TARZANA OPERATING COMPANY LP dba TARZANA HEALTH AND REHABILITATION CENTER; SSC TARZANA OPERATING GP LLC; and DOES 1 through 40, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DEFENDANTS SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware corporations, hereby remove to this Court the State Court action described below, pursuant to the provisions of 28 U.S.C. §1446 on the basis of diversity of citizenship pursuant to 28 U.S.C. §1441(b) as follows:

1. On July 13, 2018, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles entitled CATHERINE ALBERI, in and through her Successor-In-Interest, Dale Ernst, and DALE ERNST, an individual, v. SSC TARZANA OPERATING COMPANY LP dba TARZANA HEALTH AND REHABILITATION CENTER; SSC TARZANA OPERATING GP LLC; and DOES 1 through 40, inclusive, Case No. BC714206.  A copy of the Complaint is attached hereto as Exhibit "A".

2. The first date upon which defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware business entities, received notice of a copy of the said Complaint was July 18, 2018, when defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware corporations, were served with a copy of the said Complaint and a Summons from the said state court.  A copy of the Summons served on defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware corporations, is attached hereto as Exhibit "B".

3. SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware business entities, are informed and believe that plaintiff DALE ERNST, both as an individual and as Successor-In-Interest to decedent CATHERINE ALBERI, was at the time of the filing of this action, and still is a citizen of the United States and domiciliary of the State of California.

4. SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC were, at the time of the filing of this action, and still are, business entities – a limited partnership and limited liability company respectively, formed under the

1 | laws of the State of Delaware, having their principal place of business in the State of
2 | Delaware.
3 |     5.    This action is a civil action of which this Court has original jurisdiction
4 | under 28 U.S.C. § 1332, and is one which may be removed to this Court by
5 | defendants pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil
6 | action between citizens of different states and the matter in controversy exceeds the
7 | sum of $75,000, exclusive of interest and costs because plaintiffs allege that
8 | defendants were not only negligent in the care of CATHERINE ALBERI, but
9 | alleges the care rose to the egregious level of elder abuse resulting in physical
10 | injuries including pressure ulcers, malnutrition, dehydration, and sepsis. Plaintiffs
11 | allege that these acts caused or contributed to CATHERINE ALBERI's
12 | deterioration in her overall physical and emotional health resulting in her death on
13 | October 2, 2017. In addition to the claims for general and special damages,
14 | plaintiffs also seek attorney fees, punitive and exemplary damages, and statutory
15 | penalties.
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

6.  Therefore, complete diversity exists and removal is appropriate.

WHEREFORE, defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC, Delaware business entities, file this Notice of Removal of this action from the aforesaid Superior Court, in which it is now pending, to the District Court of the United States for the Central District of California - Western Division.

DATED: August 15, 2018

MATTHEW S. PASCALE
SHEILA J. STARVISH
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: *Sheila J. Starvish* (signature)

Sheila J. Starvish
Attorneys for Defendants SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC

# FEDERAL COURT PROOF OF SERVICE

ALBERI, et al., v. SSC TARZANA OPERATING COMPANY, LP, et al. - Case No. CASE NO.:

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 15, 2018, I served the following document(s):

**DEFENDANTS SSC TARZANA OPERATING COMPANY, LP dba TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA OPERATING GP, LLC' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| MORAN LAW<br>Michael F. Moran, Esq.<br>Alexander H. Feldman, Esq.<br>Damon A. Schwartz, Esq.<br>5 Hutton Centre Drive, Suite 1050<br>Santa Ana, CA 92707 | Attorneys for Plaintiffs CATHERINE ALBERI, in and through her Successor-in-Interest Dale Ernst and DALE ERNST, an individual<br>Tel: 714 549 0333<br>Fax: 714 549 0444<br>E-Mail: mmoran@moranelderlaw.com<br>E-Mail: afeldman@moranelderlaw.com<br>E-Mail: dschwartz@moranelderlaw.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 15, 2018, at Los Angeles, California.

*Lillie Gould*
Lillie Gould

4834-7042-9040.1