1 **LEWIS BRISBOIS BISGAARD & SMITH** LLP
MATTHEW S. PASCALE, SB# 168909
2    E-Mail: Matthew.Pascale@lewisbrisbois.com
SHEILA J. STARVISH, SB# 193106
3    E-Mail: Sheila.Starvish@lewisbrisbois.com
633 West 5th Street, Suite 4000
4 Los Angeles, California 90071
Telephone: 213.250.1800
5 Facsimile: 213.250.7900

6 Attorneys for Defendants SSC TARZANA OPERATING COMPANY, LP dba
TARZANA HEALTH AND REHABILITATION CENTER and SSC TARZANA
7 OPERATING GP, LLC

8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| | |
|---|---|
| 12  CATHERINE ALBERI, in and through her Successor-In-Interest, Dale Ernst, 13  and DALE ERNST, an individual <br><br> 14             Plaintiffs, <br><br> 15        vs. <br><br> 16  SSC TARZANA OPERATING COMPANY LP dba TARZANA 17  HEALTH AND REHABILITATION CENTER; SSC TARZANA 18  OPERATING GP LLC; and DOES 1 through 40, inclusive, <br><br> 19 <br> 20             Defendants. | **CASE NO. 2:18-cv-07076-DSF-JEMx** <br><br> [Assigned to: District Judge Dale S. Fischer; Magistrate Judge: John E. McDermott] <br><br> **PROOF OF SERVICE RE SIGNED STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER** |

21

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4826-8880-2160.1

**Gould, Lillie**

| | |
|---|---|
| **From:** | Gould, Lillie |
| **Sent:** | Monday, August 20, 2018 1:07 PM |
| **To:** | 'mmoran@moranelderlaw.com'; 'afeldman@moranelderlaw.com'; 'dschwartz@moranelderlaw.com' |
| **Cc:** | Gould, Lillie; Starvish, Sheila |
| **Subject:** | ALBERI v. SSC TARZANA OPERATING COMPANY LP, et al. - 2:18-cv-07076-DSF-JEMx |
| **Attachments:** | ALBERI PROOF OF SERVICE re signed Standing Order for Cases Assigned to Judge Dale S. Fischer.pdf |

Secretary to
Sheila J. Starvish, Esq.
Mojan Anari, Esq.
John D. Schumacher, Esq.
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 250-1800, ext. 3892
Fax: (213) 250-7900
E-mail: Lillie.gould@lewisbrisbois.com

1

# FEDERAL COURT PROOF OF SERVICE

ALBERI, et al., v. SSC TARZANA OPERATING COMPANY, LP, et al. - Case No. CASE NO.: 2:18-cv-07076-DSF-JEMx

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 20, 2018, I served the following document(s):

**SIGNED STANDING ORDER FOR CASES ASSIGNED TO JUDGE DALE S. FISCHER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| MORAN LAW<br>Michael F. Moran, Esq.<br>Alexander H. Feldman, Esq.<br>Damon A. Schwartz, Esq.<br>5 Hutton Centre Drive, Suite 1050<br>Santa Ana, CA 92707 | Attorneys for Plaintiffs CATHERINE ALBERI, in and through her Successor-in-Interest Dale Ernst and DALE ERNST, an individual<br>Tel: 714 549 0333<br>Fax: 714 549 0444<br>E-Mail: mmoran@moranelderlaw.com<br>E-Mail: afeldman@moranelderlaw.com<br>E-Mail: dschwartz@moranelderlaw.com |

The documents were served by the following means:

☒ **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 20, 2018, at Los Angeles, California.

*/s/ Lillie Gould*
Lillie Gould

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4826-8880-2160.1

2